STATE of Missouri, Respondent,

v.

Robert BELFORD, Appellant.

No. ED 73021.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 7, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 10, 1999.

Application to Transfer Denied
Dec. 21, 1999.

Dave Hemingway, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for Respondent.

Before PAUL J. SIMON, P.J. and KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Robert Belford, defendant, appeals sentences of four concurrent thirty year terms following his conviction by jury of two counts of assault in the first degree, Section 565.050 RSMo 1994 and two counts of armed criminal action, Section 571.015 RSMo 1994.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b).